# EASTERN DISTRICT OF LOUISIANA

Mag Number: 25-87 (Complaint) / Warrant from another district

Defendant(s)
Julio Valerio-Senteno

Violation(s)
Reentry of a removed Alien

8 USC 1326(a)

U.S. Attorney: Duane Evans
Date assigned: May 19, 2025

Interpreter needed? (YES) NO
Sealed? YES (NO)

Court date and Time: ____________________

Before Magistrate Judge: ____________________