MINUTE ENTRY
NORTH, MJ
JUNE 27, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 25-160 |
| JULIO VALERIO-SENTENO | SECTION: M |

### CRIMINAL ARRAIGNMENT *continuance*

APPEARANCES:   X  DEFENDANT
                           X  COUNSEL FOR DEFENDANT          THOMAS HARANG  *Annalise Miron for*
                           X  ASSISTANT U.S. ATTORNEY        DUANE EVANS  *David Berman for*
                           X  INTERPRETER  *Catherine Chavarri*  SWORN
                           (TIME: 11:24 A .M to 11:28 A .M)

✓ / DEFENDANT CONSENTED TO APPEAR BY VIDEO
✓ / READING OF THE BILL OF INFORMATION: READ WAIVED SUMMARIZED

✓ / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

   DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

✓ SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

__/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

__/ BAIL SET AT _____

X / OTHER: *Arraignment continued to 6-30-25 at 2:00 P.M.*

**NOTICE:**   / PRE-TRIAL CONFERENCE: **AUGUST 5, 2025 AT 3:00 P.M.**

**BEFORE UNITED STATES DISTRICT JUDGE BARRY W. ASHE**

   / TRIAL: **AUGUST 25, 2025 AT 9:00 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE BARRY W. ASHE**

MJSTAR: 00: 04