**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 25-160** |
| **v.** | * | **SECTION: “M” (1)** |
| **JULIO VALERIO-SENTENO**<br>**a/k/a “Julio Alberto Valerio-Senteno,”**<br>**a/k/a “Julio V. Senteno,”**<br>**a/k/a “Valerio J. Senteno”** | *<br><br>* | |

* * *

**GOVERNMENT’S UNOPPOSED MOTION AND**
**<u>INCORPORATED MEMORANDUM TO AMEND BILL OF INFORMATION</u>**

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and without opposition respectfully represents to this Court that the bill of information in this matter should be amended to reflect a typographical error on the first page regarding an incorrect date of removal. The correct date of removal is October 2, 2013, not July 1, 2011.

Federal Rules of Criminal Procedure section 7(e) states “[u]nless an additional or different offense is charged or a substantial right of the defendant is prejudiced, the court may permit an information to be amended at any time before the verdict or finding.” Fed. R. Crim. P. 7(e). The government respectfully requests that bill of information be amended to reflect the change.

In this case, the change will not substantively affect the bill of information, nor will it prejudice the defendant. The defendant was made aware of his prior removal dates in the criminal complaint. Rec. Doc. No. 1, p. 3. Further, the defendant’s arraignment took place on July 7, 2025, where he received an explanation of his charge. Rec. Doc. No. 17. The

government notified defense counsel of this motion, and she has no opposition to the proposed amendment. An amended version of the bill of information is attached as Exhibit A.

Therefore, the government respectfully requests that the Court amend the bill of information as described above to reflect the correct removal date.

Respectfully submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY

*/s/ Duane A. Evans*
DUANE A. EVANS
Assistant United States Attorney
Louisiana Bar Roll Number 24086
650 Poydras Street, Suite 1600
New Orleans, LA 70120
Telephone No. 504-680-3069
Email: duane.evans@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all defense counsel of record.

*/s/ Duane A. Evans*
DUANE A. EVANS
Assistant United States Attorney