**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 25-160** |
| **v.** | * | **SECTION: "M" (1)** |
| **JULIO VALERIO-SENTENO** | * | |
| **a/k/a "Julio Alberto Valerio-Senteno,"** | | |
| **a/k/a "Julio V. Senteno,"** | * | |
| **a/k/a "Valerio J. Senteno"** | | |

* * *

**ORDER**

Considering the foregoing Government's Unopposed Motion to Amend the bill of information and the reasons set forth therein,

**IT IS HEREBY ORDERED** that the current date of removal of July 1, 2011, be corrected to October 2, 2013.

**IT IS FURTHER ORDERED** that the Clerk of Court for the Eastern District of Louisiana is directed to file the United States' proposed amended bill of information into the record in this matter.

HONORABLE BARRY W. ASHE
UNITED STATES DISTRICT JUDGE